**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Roop, Plaintiff, vs. Charles L. Ryan, *et al.* Defendants. | No. CIV 12-0270 PHX RCB (JFM) **O R D E R** |

Presently pending before the court is the Report and Recommendation of United States Magistrate Judge James L. Metcalf ("R & R") (Doc. 22), recommending that this action be dismissed without prejudice as to defendant Manuel Joseph Credio. As fully and soundly discussed in that R & R, the Magistrate Judge recommends dismissal pursuant to Fed.R.Civ.P. 4(m) because "[p]laintiff . . . failed to show good cause or excusable neglect to justify an extension of time to complete service on Defendant Credio." R & R (Doc. 22) at 3:6-7.

The R & R was filed and served upon the parties on

October 18, 2012. The R & R explicitly advised the parties that, pursuant to Fed.R.Civ.P. 72, they "shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." Id. at 3:16-17. None of the parties have filed objections to that R & R, and the fourteen day time frame for so doing has passed.[1]

When reviewing an R & R issued by a Magistrate Judge, this court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "Of course, de novo review of a R & R is only required when an objection is made to the R & R[.]" Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) (citing United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). That is because "[n]either the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." Reyna-Tapia, 328 F.3d at 1121 (citations omitted). Indeed, construing the Federal Magistrates Act, the Supreme Court has found that that "statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Consistent with the foregoing

---

[1] This takes into account the additional three days allotted to plaintiff in accordance with Fed. R.Civ.P. 6(d) because, as the docket sheet indicates, he was served by electronic means.

authority, the court has not conducted a *de novo* review of the pending R & R because the parties did not file any objections thereto.

Having reviewed the Magistrate Judge's R & R, and no objections having been filed by any party thereto, the court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation in its entirety (Doc. 22). In accordance therewith, **IT IS ORDERED** that:

(1) pursuant to Fed.R.Civ.P. 4(m), the claims as against defendant Credio are **DISMISSED WITHOUT PREJUDICE**.

DATED this 8th day of November, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*

- 3 -